IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD FRANTZ, | ) | |
| | ) | |
| Plaintiff, | ) | No 2:23-01556 |
| | ) | |
| v. | ) | |
| | ) | |
| JETNET CORPORATION, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
| | ) | |

## **ORDER**

AND NOW, this 2nd day of May, 2024, the Joint Stipulation for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is approved. The action is hereby dismissed with prejudice.

BY THE COURT

*Marilyn J. Horan*